IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SENTRY SELECT INSURANCE                                                                             PLAINTIFF

v.                                            Civil No. 4:21-cv-4078

DAVID ULRICH and PRO TRUCKING
INC.,                                                                                               DEFENDANTS

and

EDMOND SHACKLEFORD "FORD"
ROCHELLE                                                                                            PLAINTIFF

v.                                            Civil No. 4:20-cv-4043

DAVID ULRICH and PRO TRUCKING
INC.                                                                                                DEFENDANTS

**ORDER**

Before the Court is Defendants David Ulrich and Pro Trucking Inc.'s Motion to Consolidate (ECF No. 7). Defendants allege that the instant lawsuit (Case No. 4:21-cv-4078) shares common questions of law and fact and seeks relief for acts arising out of the same transition or occurrence with another case currently pending before the Court in *Edmond Shackleford "Ford" Rochelle v. David Ulrich & Pro Trucking Inc.*, Case No. 4:20-cv-4043. Defendants seek to consolidate the instant lawsuit with and into Case No. 4:20-cv-4043. Plaintiff has responded that it supports consolidation. (ECF No. 11).

"If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a).

Upon consideration, the Court finds that there are common questions of law or fact between

the instant lawsuit and those found in Case No. 4:20-cv-4043. Accordingly, Defendants' Motion to Consolidate (ECF No. 7) is hereby **GRANTED**. This instant lawsuit is hereby **CONSOLIDATED WITH AND INTO** *Edmond Shackelford "Ford" Rochelle v. David Ulrich & Pro Trucking Inc.*, Case No. 4:20-cv-4043, which shall now serve as the lead case.

    **IT IS SO ORDERED**, this 10th day of December, 2021.

    /s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge