IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDMOND SHACKLEFORD "FORD"
ROCHELLE and SENTRY SELECT INSURANCE                               PLAINTIFFS

v.                          Case No. 4:20-cv-4043

DAVID ULRICH and
PRO TRUCKING, INC.                                                  DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Plaintiff Sentry Select Insurance. ECF No. 34. Sentry Select Insurance moves the Court to dismiss its claims against both Defendants. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sentry Select Insurance's claims against Defendants David Ulrich and Pro Trucking, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge